IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY PRATT, | : | Civil No. 3:17-cv-1020 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| CLAIRE DOLL, WARDEN, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 20th day of February, 2019, in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion (Doc. 22) to enforce is **DENIED**.

2. Respondent's motion (Doc. 18) for reconsideration and to stay is **DISMISSED** as moot in light of the Immigration Court's compliance with the underlying Order affording Petitioner an individualized bond hearing.

3. The motion (Doc. 25) for vacatur is **GRANTED** as Respondent's request for reconsideration contained legal arguments that the Court no longer has the opportunity to address. The Clerk of Court is directed to **VACATE** the Court's April 26, 2018 Memorandum and Order (Doc. 12, 13).

4. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

5. The Clerk of Court is directed to **CLOSE** this case.

6. The motion (Doc. 31) for a status hearing is **DISMISSED**.

Robert D. Mariani
United States District Judge